USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _7/26/2022_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARTIN J. WALSH, Secretary of Labor, United States Department of Labor,

        Plaintiff,

-against-

BOARD OF TRUSTEES OF LOCAL 272 WELFARE FUND, and LOCAL 272 WELFARE FUND,

        Defendants.

22 Civ. 5292 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed the proposed consent judgment filed on June 24, 2022. ECF No. 4. In Paragraph III.E, the judgment states that the Court "shall retain jurisdiction over this matter for purposes of enforcing this Consent Judgment." *Id*. The Court shall retain jurisdiction over this matter for a period of one year following its acceptance of the consent judgment. Accordingly, by **August 1, 2022**, the parties shall file a revised proposed consent judgment with that language included.

    SO ORDERED.

Dated: July 26, 2022
       New York, New York

ANALISA TORRES
United States District Judge